IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAN ANGELL,
        Plaintiff,

vs.                              Case No. 5:06cv82/RS/MD

DISCOVER BANK, et al.,
        Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  On June 30, 2006 plaintiff filed a motion for voluntary dismissal of this action (doc. 18).  Plaintiff requests that such dismissal be without prejudice.  Pursuant to FED.R.CIV.P. 41(a)(1), this action should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1.  That plaintiff's motion for voluntary dismissal (doc. 18) be GRANTED and this case be dismissed without prejudice.

2.  That the clerk be directed to close the file.

At Pensacola, Florida, this 6th day of July, 2006.

/s/ *Miles Davis*
      MILES DAVIS
      UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**