IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAN ANGELL,

    Plaintiff,

vs.                        CASE NO. 5:06cv82/RS

DISCOVER BANK, et al,

    Defendants.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 19).

**IT IS ORDERED**:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is dismissed without prejudice.

3. The clerk is directed to close the file.

ORDERED on July 10, 2006.

                              **/S/ Richard Smoak**
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**